# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE : | |
|---|---|
| **ALVAREZ MONTALVO, MADELINE** | CASE NUMBER: 09-08219(SEK) |
| **DEBTOR(S)** | (Chapter 7) **NO ASSET CASE** |

## NOTICE OF ABANDONMENT OF PROPERTY

**TO: THE UNITED STATES TRUSTEE, DEBTOR(S) AND PARTIES IN INTEREST**

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully state and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554 (a) is hereby given as to the undersigned trustee's intent to abandon property of the herein estate as detailed below. The property being abandoned is as follows:

Real Property: **PROPERTY LOCATED AT VILLA REALIDAD, 111 CALLE CANARIO, RIO GRANDE, PR**

| 100%Value: | Amount Secured: | Estimated Expenses: | Claimed Exemptions: | Value to the Estate: |
|---|---|---|---|---|
| $80,000.00 | 64,900.00 | 0.00 | 15,100.00 | 0.00 |

Documents Included: Appraisal ( ) Creditors Statement ( ) Proof of Lien2( )
Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

| Other Property | Value | Amt. Secured | Claimed Exemptions | Value to Estate |
|---|---|---|---|---|

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment: Property is burdensome or has no value to the estate. Objection to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notices.

## NOTICE TO PARTIES IN INTEREST

Parties shall take notices of that any objection to this abandonment must be file, in writing, within 15 days from the date of this notice, with the Clerk of the U.S. Bankruptcy Court, with copy to the undersigned.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

**Date**     11/6/09

*s/Wigberto Lugo Mender*
Wigberto Lugo Mender, Trustee
Centro Internacional de Mercadeo
Carr. 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404     Fax. (787) 707-0412
trustee@lugomender.com